**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by Valerie Ellis
(Name of attorney of record)

on behalf of Red Sun Farms, in the matter of *Red Sun Farms v. United States*, Court No. 19-00205.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Plaintiff and its member companies are not publicly-owned.

2. Indicate whether the party on whose behalf this Form is being filed is [x] or is not [ ] the real party in interest. If not, identify below the real party in interest.

N/A

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

/s/ Valerie Ellis
(Signature of Attorney)

November 25, 2019
(Date)